# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT | : | No. 66 MAL 2020 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| THE BOARD OF REVENUE APPEALS OF | : | |
| NORTHAMPTON COUNTY AND LEHIGH | : | |
| CROSSING ASSOCIATES, LP | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: LEHIGH CROSSING | : | |
| ASSOCIATES, LP | : | |
| | | |
| BETHLEHEM AREA SCHOOL DISTRICT | : | No. 67 MAL 2020 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| THE BOARD OF REVENUE APPEALS OF | : | |
| NORTHAMPTON COUNTY AND LEHIGH | : | |
| CROSSING ASSOCIATES, LP | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: LEHIGH CROSSING | : | |
| ASSOCIATES, LP | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.